UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PLANET BEACH FRANCHISING CORPORATION | CIVIL ACTION |
| VERSUS | NO: 11-2146 |
| FISHER & ZUCKER, L.L.C. et al. | SECTION: "J" (2) |

**ORDER**

The Court finds that the subject matter of the above-captioned case is related to that asserted in Civil Action 11-915, "Planet Beach Franchising Corporation v. Fisher & Zucker, L.L.C. et al."

Accordingly, **IT IS ORDERED** that the above captioned matter be **TRANSFERRED** to Section "F", Magistrate Judge Division 1, of this Court.

New Orleans, Louisiana this 29th day of August, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

AUG 30 2011
TRANSFERRED TO
SECT. F MAG. 1

1

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc. No. ____