## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PLANET BEACH FRANCHISING** | * | **CIVIL ACTION NO.: 2:11-CV-02146** |
| **CORPORATION** | * | |
| | * | **JUDGE** |
| **VERSUS** | * | |
| | * | **MAGISTRATE** |
| **FISHER & ZUCKER, L.L.C.,** | * | |
| **JEFFREY ZUCKER AND LANE FISHER** | * | |

*********************************************

## ORDER

Having considered Planet Beach Franchising Corporation's ("PBFC") Motion for Submission of Documents under Seal:

IT IS HEREBY ORDERED that the following documents may be filed under seal:

1. Exhibit A to the Complaint.

2. Exhibit B to the Compliant.

Dated: 9/1/11

_____
United States District Court Judge